## Nonotuck Silk Company, Plaintiff in Error, v. Adams Express Company, Defendant in Error.

### Gen. No. 16,148.

This case is controlled by the decision in Nonotuck Silk Co. v. Adams Express Co., *ante*, p. 519.

Error to the Municipal Court of Chicago; the HON. JOHN H. HUME, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1910. Reversed and judgment entered here. Opinion filed December 22, 1911. Rehearing denied January 9, 1911.

BRODE B. DAVIS, for plaintiff in error.

CHARLES B. ELDER, for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

Plaintiff in error purchased a bill of goods from A. D. Juilliard & Company of New York, and ordered them to be shipped by express, without specifying the name of the company. The goods were delivered to the defendant in error and by it lost in transit. Their undisputed value was $490.12, which amount was paid by the Nonotuck Silk Company to Juilliard & Company.

The case was tried upon a stipulation of facts and a deposition exactly the same as that in case No. 16147 between the same parties, excepting as to the description of the goods and their value. (*Ante,* p. 519.)

For the reasons stated in the opinion filed this day in the case last mentioned, the judgment must be reversed and a judgment entered here in favor of the plaintiff in error, Nonotuck Silk Company, and against the defendant in error, Adams Express Company, for $490.12.

*Judgment reversed and judgment entered here.*

Mr. Presiding Justice Baldwin took no part in the decision of this case.